CASE NO. 22-1774

---

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MELANIE WELCH, and
EMILY EVANS,

*Plaintiffs/Appellants,*

v.

THE CITY OF ANN ARBOR,
JAMES WORTHINGTON, in his official capacity, CRAIG STRONG, in his official capacity, MEADOWLARK BUILDERS, LLC, DOUGLAS SELBY, KIRK BRANDON, DAVE ANDERSON, HARRY RAMSDEN, TINA ROPERTI, MICHIGAN QUALITY ELECTRIC, DEREK TUCK, DAVID GILES, ROB McCRUM, ARBOR INSULATION, MEADOWLARK ENERGY, ROBERT PATTERSON, MATTHEW KRICHBAUM, in his official and individual capacity, PROPERTY MANAGEMENT SPECIALISTS, INC., HOWARD & HOWARD ATTORNEYS, PLLC, BRANDON J. WILSON, ESQ., JUDGE TIMOTHY CONNORS, in his official capacity only, THE HON. CAROL KUHNKE, in her official capacity only,

*Defendants/Appellees.*

**On Appeal from the United States District Court
Eastern District of Michigan**

---

45529217.1

Patrick Rawsthorne (P81676)
Honigman LLP
Attorneys for the Meadowlark Appellees
300 Ottawa Avenue NW
Suite 400
Grand Rapids, MI 49503-2308
616.649.1936
616.649.1937 (Fax)
prawsthorne@honigman.com

## HONIGMAN LLP's NOTICE OF SCREENING PURSUANT TO MICHIGAN RULE OF PROFESSIONAL CONDUCT 1.12(c)

Honigman LLP ("Honigman"), counsel to Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Meadowlark Energy, Robert Patterson, and Arbor Insulation (collectively, the "Meadowlark Appellees"), hereby gives written notice to this Court and the parties that Alexander A. Belica, who served as a law clerk for the Honorable Robert H. Cleland, Judge of the United States District Court for the Eastern District of Michigan, from September 14, 2020 to September 23, 2022, while this case was pending before Judge Cleland in the United States District Court for the Eastern District of Michigan, joined Honigman on October 3, 2022.

1

Pursuant to Michigan Rule of Professional Conduct 1.12(c), Honigman has screened Mr. Belica from Honigman's representation of the Meadowlark Appellees in this matter.

Specifically, the following screening procedures were implemented by Honigman:

- A memo was distributed to the entire Honigman firm (all attorneys and staff) on October 3, 2022 giving notice of the screen;

- Mr. Belica has acknowledged the screen and his responsibility to preserve and to not disclose any confidences he may have regarding this case;

- A memo was sent to each Honigman attorney representing the Meadowlark Appellees in this matter with instructions to (1) not discuss this matter with Mr. Belica; and (2) not allow Mr. Belica access to the files of the Meadowlark Appellees for this matter, and those attorneys have acknowledged that requirement;

- The Honigman Record Services Department has been instructed to not allow Mr. Belica access to the files of the Meadowlark Appellees for this matter, and hard copies will be appropriately labeled; and

- A screening restriction has been entered into Honigman's document management system preventing Mr. Belica from accessing Honigman's electronic files or documents for this matter.

In addition, Mr. Belica will not be apportioned any part of the fees that Honigman earns through its representation of the Meadowlark Appellees in this matter.

This notice is given pursuant to the requirement of Michigan Rule of Professional Conduct 1.12(c)(2).

Respectfully submitted,

HONIGMAN LLP
Attorneys for the Meadowlark Appellees

Dated: October 11, 2022

By: /s/ Patrick Rawsthorne
     Patrick Rawsthorne (P81676)
300 Ottawa Avenue NW
Suite 400
Grand Rapids, MI 49503-2308
616.649.1936
616.649.1937 (Fax)

4

# **CERTIFICATE OF SERVICE**

I hereby certify that, on October 11, 2022, I caused to be filed the foregoing document with the Clerk of the Court via the ECF system.

                              Respectfully submitted,

                              HONIGMAN LLP
                              Attorneys for the Meadowlark Appellees

                              By: /s/ Patrick Rawsthorne
                                   Patrick Rawsthorne (P81676)
                              300 Ottawa Avenue NW
                              Suite 400
                              Grand Rapids, MI 49503-2308
                              616.649.1936
Dated: October 11, 2022            616.649.1937 (Fax)